IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02024-RPM-BNB

HIGHLINE CAPITAL CORP., a Delaware corporation,

Plaintiff,

v.

SEPEHR KATIRAIE, M.D., INC,. d/b/a Lynwood Medical Imaging, a California corporation,
SEPEHR KATIRAIE, and
MOOSSA HEIKALI,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Leave to File Third-Party Complaint** [docket no. 22, filed January 10, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attachment to docket no. 22, the Third-Party Complaint, and all future filings are to have the new caption which includes United Leasing & Distributions, Inc. as the named third-party defendant.

DATED:  January 11, 2007