IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–02023–EWN–CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

    Plaintiff,

v.

ROBEN D. AHDOOT, d/b/a INGLEWOOD OPEN MRI,

    Defendant.

and

Civil Action No. 06–cv–02024–RPM–BNB

HIGHLINE CAPITAL CORP., a Delaware corporation,

    Plaintiff,

v.

SEPEHR KATIRAIE, M.D., INC., d/b/a LYNWOOD MEDICAL
IMAGING, a California corporation,
SEPEHR KATIRAIE, and
MOOSSA HEIKALI,

    Defendants.

## ORDER CONSOLIDATING CASES

This matter comes before the court on Defendant Roben D. Ahdoot's motion (#22) to consolidate the above-captioned cases. Consolidation is appropriate if the actions involve "a

common question of law or fact." Fed. R. Civ. P. 42(a). Plaintiff does not oppose consolidating "for purposes of discovery and pre-trial management only" but believes anything more is premature. Counsel for the lead defendant in each case (Roben D. Ahdoot and Sepehr Katiraie) persists in urging joint trials.

This court need not at this point resolve what remains of the parties' dispute. Rule 42(a) speaks of consolidation — period — not consolidation for a limited purpose. If the case is consolidated because of common factual issues, the court nonetheless retains broad authority to order separate trials. It is therefore

ORDERED as follows:

1. The motion to consolidate (#22) is GRANTED. The cases are consolidated until further order of the court and, pursuant to local rule 42.1, are assigned to me and Magistrate Judge Shaffer.

2. The consolidated cases shall proceed before Magistrate Judge Shaffer under the previously-entered order of reference. On future captions, the parties shall change the initials of all assigned judicial officers ("RPM" to "EWN" and "BNB" to "CBS").

3. All further proceedings before Magistrate Judge Boland are vacated. Magistrate Judge Shaffer may convene such further conferences as he thinks appropriate to manage the consolidated cases.

Dated this 6th day of February, 2007.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge